F. C. V. FOARD v. THE STATE.

No. 4029.   Decided April 5, 1916.

Rehearing denied May 3, 1916.

**Disturbing the Peace—Corporation Court—Appeal—Jurisdiction.**

Where appellant was convicted in the city Corporation Court and appealed therefrom to the County Court where a trial de novo occurred, a fine of one hundred dollars was assessed against him, whereupon he appealed to this court, the appeal must be dismissed for want of jurisdiction. Following Grigsby v. State, 183 S. W. Rep., 143.

Appeal from the County Court of Bexar.   Tried below before the Hon. Nelson Lytle.

Appeal from a conviction of disturbing the peace; penalty, a fine of $100.

The opinion states the case.

*Leonard Brown,* for appellant.—On question of jurisdiction: Lockett v. State, 67 Texas Crim. Rep., 33, 148 S. W. Rep., 305.

*C. C. McDonald,* Assistant Attorney General, for the State.—Cited cases in opinion.

PRENDERGAST, Presiding Judge.—This cause originated and was tried in the Corporation Court of the City of San Antonio. It was appealed therefrom to the County Court, where a trial *de novo* occurred. The fine assessed was $100 even. This court, therefore, has no jurisdiction of this appeal, and the Assistant Attorney General's motion to dismiss it is, therefore, granted. (Grigsby v. State, 79 Texas Crim. Rep., 84, 183 S. W. Rep., 143.)

The appeal is dismissed.

*Dismissed.*

[Rehearing denied May 3, 1916.—Reporter.]